STATE of Missouri,
Plaintiff-Respondent,

v.

Ernest Wesley McKNIGHT,
Defendant-Appellant.

No. 48397.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 11, 1984.

J. Martin Hadican, Clayton, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

This is an appeal from a jury verdict and judgment convicting appellant of robbery in the first degree. § 569.020, RSMo.1978. The trial court sentenced appellant as a persistent offender to a term of twenty years imprisonment. § 557.036, RSMo. 1978 (1983 Cum.Supp.). The judgment is affirmed.